IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                  No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report by no later than **January 14, 2022**, updating the Court on the following:

    (1) the status of discovery;

    (2) the parties' amenability to scheduling a settlement conference, and

    (3) if the parties are ready to participate meaningfully in a settlement conference, several dates when the parties are available for a settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE