# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                                                        No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 22), filed November 29, 2021. In the Motion, the parties explain that on October 8, 2021, Plaintiff Ruben Romero served Defendant Core Civic, Inc., and Defendant Core Civic of Tennessee, LLC, with interrogatories and requests for production, to which Defendants responded on November 8, 2021. (Doc. 22 at 1). On November 19, 2021, Plaintiff sent a letter "addressing disputes to several answers and responses" and the parties are currently "working in good faith to resolve these disputes." *Id.* at 2. The parties therefore request an extension of time to file a motion to compel in accordance with D.N.M.LR-Civ 26.6, as well as an extension of time for Plaintiff to amend the pleadings to substitute John Doe and John Roe defendants in response to said discovery. *Id.* at 1-2. The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 20, 2021**, to file any motion relating to Defendant's November 8, 2021 discovery responses.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to join additional parties and to amend the pleadings shall be extended to **January 3, 2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE