**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUBEN ROMERO,

    Plaintiff,

v.                                                                                                         No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Second Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 24), filed December 15, 2021. In the Motion, the parties explain that the parties have been working together to address outstanding discovery disputes, and "are working to draft a joint motion for a confidentiality order" and "continuing to work in good faith" to resolve the remaining disputes. (Doc. 24 at 2). Defendants are also still working to determine the identity of the John Doe and Roe defendants. *Id.* The parties therefore request a second extension of time to file a motion to compel, as well as a second extension of time for Plaintiff to amend the pleadings to substitute John Doe and John Roe defendants in response to requested discovery. *Id*. The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **January 20, 2022**, to file any motion relating to Defendant's November 8, 2021 discovery responses.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to join additional parties and to amend the pleadings shall be extended to **February 3, 2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

2