**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**RUBEN ROMERO,**

      **Plaintiff,**

**v.**

                            **No. 1:21-cv-00544-KG-CG**

**CORE CIVIC INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, and
DETENTION OFFICERS JOHN DOE
and JOHN ROE,**

      **Defendants.**

### JOINT MOTION FOR CONFIDENTIALITY ORDER

COMES NOW Plaintiff, Ruben Romero, by and through his attorneys of record, Ives and Flores, P.A. (Laura Schauer Ives, Adam Flores, and Alyssa Quijano) and Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC (collectively, "Defendants" or "CoreCivic"), by and through their attorneys of record, Struck, Love, Bojanowski, & Acedo, PLC (Daniel P. Struck and Jacob B. Lee) and hereby jointly move for the entry of a confidentiality order in this case. In support of their motion, the parties state the following:

1. Plaintiff's claims arise from events that took place at the Cibola County Correctional Center in June of 2018.

2. Plaintiff alleges that Detention Officers John Doe and John Roe were employed at the Cibola County Correctional Center by CoreCivic during all times material to Plaintiff's Complaint.

3. Defendants expect to produce documents and other items during the course of this litigation that may contain proprietary operational, financial, pricing, and contractual

information; confidential and security-sensitive information regarding the security and operation of current and former CoreCivic-operated facilities; personal information relating to current or former CoreCivic personnel; or medical, mental health, or institutional-related documents pertaining to current or former inmates.

4.      Defendants contend that in the regular course of discovery, it may be necessary to disclose such information to the lawyers, expert and other witnesses, and/or the Court. Defendants wish to ensure that this information remains confidential.

5.      Plaintiff and Defendants agree that the procedures outlined in the attached proposed Protective Agreement and Order should be adopted for the protection of Confidential Information that may be produced in this matter.

6.      A proposed Protective Agreement and Order approved by all parties is attached hereto as Exhibit 1 and will be provided to the Court via email.

WHEREFORE the parties request the Court enter the attached proposed Protective Agreement and Order.

Respectfully Submitted,

IVES & FLORES, P.A.

*/s/ Alyssa Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

2

STRUCK LOVE BONJANOWSKI & ACEDO, PLC

/s/ Jacob Lee
Jacob B. Lee
Daniel P. Struck
Struck, Love, Bojanowski, & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants*

3