IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.   No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Status Report and Motion to Extend Deadlines* (the "Motion"), (Doc. 28), filed January 14, 2022. In the Motion the parties explain that they "continue to work in good faith to resolve outstanding discovery disputes related to Defendant's November 8, 2021 discovery responses." (Doc. 28 at 1). The parties therefore request Plaintiff be granted a third extension to file a motion to compel. *Id.*

The parties also inform the Court that they have identified "both the John Doe and Roe defendants" and that they will "require additional written discovery and depositions following service of process" of these two individuals. *Id.* at 2. As a result, the parties request to modify the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 19). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **February 3, 2022**, to file any motion relating to Defendant's November 8, 2021 discovery responses.

**IT IS FURTHER ORDERED** that the Court's *Scheduling Order*, (Doc. 19), shall be modified as follows:

1. The deadline for Plaintiff to submit expert reports shall be extended to **April 15,**

    **2022**;

2. The deadline for Defendant to submit expert reports shall be extended to **May 16, 2022**;

3. The deadline for completion of all discovery shall be extended to **June 17, 2022**;

4. The deadline for discovery motions shall be extended to **July 8, 2022**;

5. The deadline for other pretrial motions shall be extended to **July 18, 2022**;

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 19), remain in effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE