IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                                                  No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

## ORDER SETTING ZOOM MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff Ruben Romero's *Motion to Compel Against Defendants Core Civic Inc.* (the "Motion"), (Doc. 36), filed February 3, 2022. In the Motion, Plaintiff asks that the Court compel Defendants to supplement their responses to Plaintiff's interrogatories and requests for production. (Doc. 36 at 1). Plaintiff also asks that the Court award attorney fees. *Id.* at 7.

**IT IS HEREBY ORDERED** that a Zoom Motion Hearing is scheduled for **Thursday, March 10, 2022, at 10:00 a.m.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE