IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN ROMERO,**

    **Plaintiff,**

**v.**

                                                            **No. 1:21-cv-00544-KG-CG**

**CORE CIVIC INC.,**
**CORE CIVIC OF TENNESSEE, LLC.,**
**WARDEN BRIAN KOEHN, ANA PADILLA,**
**and GARRICK PETERSON,**

    **Defendants.**

### ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL

THIS MATTER was heard by the Court on Plaintiff's Motion to Compel, [DOC. 36], on March 10, 2022. Based on the parties' briefing and statements at the hearing, the Court finds the parties adequately met and conferred prior to Plaintiff filing his Motion. The Court, having reviewed the Motion and heard argument by the parties, hereby **GRANTS in part and DENIES in part** Plaintiff's Motion to Compel [DOC. 36], as follows:

**IT IS THEREFORE ORDERED** that Defendants shall produce Policy 01-15, Retention of Records; Policy 01-22, Audits, Inspections, and Corrective Actions; Policy 03-22, Internal Investigations; and Policy CCA-PG-07, Count in response to Plaintiff's Request for Production No. 9 no later than **5:00 p.m. on Friday, March 11, 2022**.

**IT IS FURTHER ORDERED** that Defendants shall produce the names of all inmates housed in Unit 400-A Pod on June 12, 2018, pursuant to Plaintiff's Interrogatory No. 6, and classification records for all inmates housed in the same pod, pursuant to Plaintiff's Request for Production No. 11 no later than **5:00 p.m. on Thursday, March 17, 2022**. If Defendants are

unable to produce the names and classification records by this date, they must provide a written explanation to Plaintiff as to why the documents are not available.

**IT IS FURTHER ORDERED** that Plaintiff's request for Defendant Padilla's and Peterson's personnel files, pursuant to Plaintiff's Request for Production No. 10, is denied.

**IT IS FURTHER ORDERED** that the Court will take under advisement Plaintiff's request for an award of attorneys' fees pending determination of whether Defendants' objections were substantially justified.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE


Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

<u>Approved via electronic mail 03-14-22</u>
Kristina R. Rood
Jacob B. Lee
Timothy J. Bojanowski
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
krood@strucklove.com
dstruck@strucklove.com
jlee@strucklove.com
tbojanowksi@strucklove.com
*Attorneys for Defendants*