IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.   No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

### ORDER VACATING PRE-SETTLEMENT AND SETTLEMENT CONFERENCES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate and Reset the Settlement Conference* (the "Motion"), (Doc. 54), filed March 16, 2022. The Court, having reviewed the Motion, and noting it was filed jointly, finds that a settlement conference will not be fruitful at this time.

**IT IS THEREFORE ORDERED** that the Telephonic Pre-Settlement Conference set for **March 23, 2022, at 10:00 a.m.**, and the Zoom Settlement Conference set for **March 30, 2022, at 9:00 a.m.**, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that a status conference will be held by telephone on **Tuesday, May 10, 2022, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings. The parties are welcome to provide the Court with dates of mutual availability for a Settlement Conference prior to that date.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE