## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Deadlines* (the "Motion"), (Doc. 62), filed April 13, 2022. In the Motion, Plaintiff requests a 30-day extension of the remaining discovery deadline in order to "[r]eview [] outstanding discovery, including Plaintiff's [upcoming] deposition and the photos [recently] taken at [the Cibola County Correctional Center]." *Id.* at 2. Plaintiff explains that review of this discovery is necessary to produce complete expert reports. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Granting Joint Motion to Extend Deadlines*, (Doc. 29), shall be modified as follows:

1. Plaintiff shall identify in writing any expert witness to be used by Plaintiff at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **May 16, 2022**;

2. Defendants shall identify in writing any expert witness to be used by Defendants at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **June 16, 2022**;

3. Discovery shall terminate by **July 18, 2022**;

4. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **August 8, 2022**; and

5. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **August 18, 2022**.[1]

All other deadlines contained in the Court's *Order Granting Joint Motion to Extend Deadlines*, (Doc. 29), and *Scheduling Order*, (Doc. 19), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.