IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                                                                      No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**THIS MATTER** is before the Court upon *Defendants' Unopposed Motion to Withdraw as Counsel for Garrick Peterson* (the "Motion"), (Doc. 66), filed by Defendant Garrick Peterson's counsel, Kristina Rood, on April 26, 2022. In the Motion, counsel asks the Court to permit Daniel P. Struck, Timothy J. Bojanowski, Jacob B. Lee, and Kristina R. Rood of the law firm Struck Love Bojanowski & Acedo, PLC, to withdraw from this case, explaining that Mr. Peterson consents to the withdrawal. (Doc. 66 at 1). Counsel further states that Mr. Peterson "has obtained substitute counsel, Michael Jahner of the firm YLaw Attorneys, to represent him in this matter." *Id.* The Court, having reviewed the Motion, noting that it is unopposed and that it complies with District of New Mexico Local Rule 83.8, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Daniel P. Struck, Timothy J. Bojanowski, Jacob B. Lee, and Kristina R. Rood, of the law firm Struck Love Bojanowski & Acedo, PLC, are withdrawn as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Michael Jahner, of the law firm YLaw Attorneys, shall appear and be substituted as counsel of record for Defendant Garrick Peterson.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE