IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                                                                                      No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Deadline for Parties to File Motions to Compel* (the "Motion"), (Doc. 77), filed May 18, 2022. In the Motion, the parties explain that they are working to resolve disputes related to Plaintiff's Second and Fourth Requests for Production to CoreCivic; and Defendants' First Set of Requests for Production to Plaintiff, First Set of Interrogatories to Plaintiff, and First Set of Requests for Admission to Plaintiff. (Doc. 77 at 2-3). The parties request that the deadline for motions to compel relating to any of these requests be extended to July 25, 2022, to allow them to "attempt to resolve all outstanding discovery disputes without Court intervention, and to avoid filing piecemeal Motions to Compel[.]" *Id.* at 2. The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for the parties to file any Motions to Compel related to Plaintiff's Second Requests for Production to CoreCivic, Plaintiff's Fourth Requests for Production to CoreCivic, Defendants' First Set of Requests for Production to Plaintiff, Defendants' First Set of Interrogatories to Plaintiff,

and Defendants' First Set of Requests for Admission to Plaintiff, shall be extended to to **July 25, 2022**.

All other deadlines contained in the Court's *Order Granting Unopposed Motion to Extend Deadlines*, (Doc. 64), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE