IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                    No. CV 21-544 KG/CG

CORE CIVIC, INC., et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff Ruben Romero's *Unopposed Motion to Extend Deadlines* (the "Motion"), (Doc. 86), filed June 17, 2022. In the Motion, Plaintiff states that the parties "continue to engage in discovery, including written discovery and pending depositions." (Doc. 86 at 1). Plaintiff indicates he has requested the deposition "of two former CoreCivic employees and Defendants' proposed expert, Charles Keeton." *Id.* Plaintiff explains that the parties are in the process of scheduling these depositions, that they are "currently engaged in good faith discussions regarding outstanding discovery disputes," and that they therefore require an additional sixty days to complete discovery. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Granting Unopposed Motion to Extend Deadlines*, (Doc. 64), shall be modified as follows:

1. Discovery shall terminate by **September 16, 2022**;

2. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **October 7, 2022**; and

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **October 17, 2022**.[1]

All other deadlines contained in the Court's *Order Granting Unopposed Motion to Extend Deadlines*, (Doc. 64), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.