IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN ROMERO,**

    **Plaintiff,**

v.

                                                          No. 1:21-cv-00544-KG-KRS

**CORE CIVIC INC.,**
**CORE CIVIC OF TENNESSEE, LLC.,**
**WARDEN BRIAN KOEHN, ANA PADILLA,**
**and GARRICK PETERSON,**

    **Defendants.**

## ORDER EXTENDING COURT DEADLINES

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to Extend Deadlines (the "Motion"), [DOC. 111], filed September 2, 2022. In the Motion, Plaintiff states the parties are working to reschedule depositions of witnesses Catalina Dominguez Molina and Restituto Torres. *Id*. The Court, having reviewed the Motion and noting it is unopposed finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for termination of discovery set forth in the Court's Scheduling Order [DOC 87] is narrowly extended by thirty (30) days through **October 17, 2022** to take the depositions of Catalina Dominguez Molina and Restituto Torres.

**IT IS FURTHER ORDERED** that all additional unexpired deadlines be extended by thirty (30) days as follows:

1. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **November 7, 2022**; and

2. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **November 16, 2022**.[1]

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED.**

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved by:

IVES & FLORES, P.A.

/s/ Alyssa D. Quijano
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via electronic mail 08-31-22*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*
-and-

YLAW, P.C.

<u>*Approved via electronic mail 08-31-22*</u>
Michael S. Jahner
*Attorneys for Defendant Garrick Peterson*
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com