IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                          No. 1:21-cv-544 KG/KRS

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC,
ANA PADILLA, and GARRICK PETERSON

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Defendants' Request for Expedited Briefing, (Doc. 122), filed October 7, 2022. Defendants request expedited briefing on their Motion for Clarification of the Court's Order Granting in Part Plaintiff's Second Motion to Compel, (Doc. 120). Considering that the Court ordered Defendants to provide responsive documents by October 17, 2022, the Court will order expedited briefing on Defendants' Motion for Clarification as follows:

1) Plaintiff shall file a response to Defendants' Motion for Clarification, (Doc. 120), **by October 12, 2022**; and

2) Defendants shall file a reply **by October 13, 2022**

    IT IS SO ORDERED.

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE