IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN ROMERO,**

    **Plaintiff,**

v.                                                              No. 1:21-cv-00544-KG-KRS

**CORE CIVIC INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,**

    **Defendants.**

## ORDER EXTENDING COURT DEADLINES

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to Extend Deadlines (the "Motion"), [DOC. 127], filed October 17, 2022. In the Motion, Plaintiff states the parties are working to reschedule the deposition of Restituto Torres after he failed to appear for his deposition on September 30, 2022. *Id*. The Court, having reviewed the Motion and noting it is unopposed finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for termination of discovery set forth in the Court's Scheduling Order [DOC 112] is narrowly extended by thirty (30) days through November 16, 2022 to take the deposition of Restituto Torres.

**IT IS FURTHER ORDERED** that all additional unexpired deadlines be extended by thirty (30) days as follows:

1. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **December 7, 2022**; and

2. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **December 16, 2022**.[1]

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED.**

_____
HONORABLE KEVIN SWEAZEA

Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via email on October 17, 2022*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*
-and-

YLAW, P.C.

<u>*Approved via email on October 17, 2022*</u>
Michael S. Jahner
*Attorneys for Defendant Garrick Peterson*
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com