IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

vs.

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

    Defendants.

No. 21-cv-00544-KG-KRS

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO PROVIDE DOCUMENTS RESPONSIVE TO THE COURT'S ORDERS (Docs. 116, 117)

Before the Court is CoreCivic Defendants' Unopposed Motion to Extend Deadline to Provide Documents Responsive to the Court's Orders (Docs. 116, 117). After review and consideration, and good cause appearing,

**IT IS HEREBY ORDERED** that CoreCivic Defendants' Unopposed Motion to Extend Deadline to Provide Documents Responsive to the Court's Orders is granted, and

**IT IS FURTHER ORDERED** that the deadline to produce documents responsive to the Court's Orders (Docs. 116, 117) is extended from October 17, 2022 to October 24, 2022.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE