IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

        Plaintiff,

vs.

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

        Defendants.

No. 21-cv-00544-KG-KRS

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE (Doc. 130)

Before the Court is CoreCivic Defendants' Unopposed Motion to Extend Dispositive Motions Deadline, (Doc. 130). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be GRANTED.

**IT IS HEREBY ORDERED** that the dispositive motions deadline be extended as follows:

- Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **January 6, 2023**.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE