IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUBEN ROMERO,**

    **Plaintiff,**

v.     No. 1:21-cv-00544-KG-KRS

**CORE CIVIC INC.,**
**CORE CIVIC OF TENNESSEE, LLC.,**
**WARDEN BRIAN KOEHN, ANA PADILLA,**
**and GARRICK PETERSON,**

    **Defendants.**

## ORDER EXTENDING COURT DEADLINES

THIS MATTER came before the Court on the parties' Joint Motion to Extend Deadlines (the "Motion"), [Doc. 141], filed December 6, 2022. In the Motion, the parties state Defendant CoreCivic is searching for documents responsive to prior Court Orders compelling production of certain documents, including disciplinary records. *Id*. Defendant CoreCivic intends to produce any additional records to the extent they exist. *Id*. To avoid unnecessary briefing, Plaintiff requests the deadline to file discovery motions related to production of documents compelled by the Court be extended. *Id*. The Court, having reviewed the Motion and noting it is unopposed finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that the deadline for the parties to file discovery motions related to documents compelled for production by the Court in Docs. 116 and 139 by thirty (30) days through **January 6, 2023** to allow Defendants adequate time to search for and produce all responsive documents prior.

    **IT IS FURTHER ORDERED** that the deadline for parties to file dispositive motions is extended through February 3, 2023.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED.**

_____
HONORABLE KEVIN SWEAZEA

Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via electronic mail 12-06-22*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*

-and-

YLAW, P.C.

*Approved via electronic mail 12-06-22*

Michael S. Jahner
*Attorneys for Defendant Garrick Peterson*
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com