**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**RUBEN ROMERO,**

       **Plaintiff,**

**v.**

                          **No. 1:21-cv-00544-KG-KRS**

**CORE CIVIC INC.,**
**CORE CIVIC OF TENNESSEE, LLC.,**
**WARDEN BRIAN KOEHN, ANA PADILLA,**
**and GARRICK PETERSON,**

       **Defendants.**

    **ORDER SEALING PLAINTIFF'S MOTION FOR SANCTIONS [Doc. 144]**

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to Seal (the "Motion"), [Doc. 146], filed December 20, 2022. In the Motion, Plaintiff states exhibits 3 and 4 to his motion contain information designated as confidential by Defendant CoreCivic, subject to protection under the confidentiality order. *Id*. Plaintiff further states this information is referenced throughout his motion. *Id*. Plaintiff contacted the Court and requested his motion be sealed while he seeks leave. *Id*. The Court, having reviewed the Motion, noting it is unopposed, and recognizing the information contained in Plaintiff's motion contains information designated by the defendants as confidential, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** Plaintiff's Motion for Sanctions for Discovery Misconduct, [Doc. 144] shall be permanently sealed pursuant to the Amended Protective Agreement and Order.

    **IT IS SO ORDERED.**

                                     _____
                                      **KEVIN R. SWEAZEA**
                                      **UNITED STATES MAGISTRATE JUDGE**

2

Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via electronic mail 12-19-22*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*

-and-

YLAW, P.C.

*Approved via electronic mail 12-19-22*
Michael S. Jahner
*Attorneys for Defendant Garrick Peterson*
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com