**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**RUBEN ROMERO,**

      **Plaintiff,**

**v.**

                                    **No. 1:21-cv-00544-KG-KRS**

**CORE CIVIC INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,**

      **Defendants.**

**ORDER REQUIRING THE PRESENCE OF PLAINTIFF
AT ZOOM SETTLEMENT CONFERENCE**

This case has been referred to a mandatory settlement conference pursuant to D.N.M.LR-Civ. 16.2 to take place via Zoom on January 31, 2023 beginning at 9:00 a.m. [Doc. 103] Plaintiff Ruben Romero is required to attend for the duration of this settlement conference.

      **IT IS HEREBY ORDERED** that Lea County Correctional Facility staff and contractors must ensure Plaintiff is provided complete privacy and confidentiality for the duration of the settlement conference. Plaintiff shall be allowed to participate in the settlement conference via Zoom in a private room on his own. No other person, including facility security staff, shall be allowed in the room for the duration of the settlement conference. The computer or tablet used for the Zoom conference shall not be monitored or recorded by any person. Plaintiff should also be provided meals and water and permitted to use the restroom as needed throughout the settlement conference.

      **IT IS SO ORDERED.**

_____
**KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE**

Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via electronic mail 12-19-22*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*

-and-

YLAW, P.C.

*Approved via electronic mail 12-19-22*
Michael S. Jahner
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com
*Attorney for Defendant Garrick Peterson*