## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

      Plaintiff,

vs.

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

      Defendants.

No. 21-cv-00544-KG-KRS

## REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SANCTIONS FOR DISCOVERY MISCONDUCT

Pursuant to D.N.M.LR-Civ. 7.6, Defendants, CoreCivic, Inc., CoreCivic of Tennessee, LLC (collectively, "CoreCivic")[1] and Ana Padilla (collectively, "CoreCivic Defendants"),[2] respectfully request oral argument on Plaintiff's Motion for Sanctions for Discovery Misconduct (Dkt. 144).

///

///

///

---

[1] The Amended Complaint incorrectly names Core Civic, Inc. and Core Civic of Tennessee, LLC as defendants. Defendants affirmatively allege that the correct names of these entities are CoreCivic, Inc. and CoreCivic of Tennessee, LLC.

[2] Plaintiff voluntarily dismissed Defendant Warden Koehn from this lawsuit on September 2, 2021. (Dkt. 11.) Only Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Ana Padilla, and Garrick Peterson remain. Defendant Peterson is represented by separate counsel. (Dkt. 70, 71.)

Dated:  February 1, 2023          /s/ Kristina R. Rood
                                  Daniel P. Struck, AZ Bar No. 012377
                                  Timothy J. Bojanowski, AZ Bar No. 022126
                                  Jacob B. Lee, NM Bar No. 154613
                                  Kristina R. Rood, AZ Bar No. 035097
                                  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                  3100 West Ray Road, Suite 300
                                  Chandler, AZ 85226
                                  Tel.: (480) 420-1600
                                  Fax: (480) 420-1696
                                  dstruck@strucklove.com
                                  tbojanowski@strucklove.com
                                  jlee@strucklove.com
                                  krood@strucklove.com

                                  Deborah D. Wells
                                  Debra J. Moulton
                                  KENNEDY, MOULTON & WELLS, P.C.
                                  2201 San Pedro NE, Bldg. 3, Suite 200
                                  Albuquerque, New Mexico 87110
                                  Tel.: (505) 884-7887
                                  Fax: (505) 884-7123
                                  ddwells@kmwpc.com
                                  dmoulton@kmwpc.com

                                  *Attorneys for Defendants CoreCivic, Inc.,
                                  CoreCivic of Tennessee, LLC, and Ana
                                  Padilla*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam C. Flores
Laura Schauer Ives
Alyssa D. Quijano
IVES & FLORES, PA
925 Luna Cir. NW
Albuquerque, NM 87102
adam@nmcivilrights.com
laura@nmcivilrights.com
alyssa.q@nmcivilrights.com
*Attorneys for Plaintiff*


Michael S. Jahner
YLAW, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM  87113-1736
Tel.: (505) 266-3995
Fax: (505) 268-6694
mjahner@ylawfirm.com
*Attorney for Defendant Garrick Peterson*


/s/ C. Flajnik

3