IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

vs.

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

    Defendants.

No. 21-cv-00544-KG-KRS

## ORDER GRANTING CORECIVIC DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

The Court, having considered CoreCivic Defendants' Unopposed Motion for Leave to File Exhibits Under Seal, and for good cause shown

**IT IS THEREFORE ORDERED** that CoreCivic Defendants' Unopposed Motion is **GRANTED**.

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court Office to file under **SEAL** the following:

- Exhibit 1 – Declaration of Charles C. Keeton: Paragraphs 19, 158, 159, 174, and 180.

- Attachments to Exhibit 1 – Declaration of Charles C. Keeton: Attachment 1, Plaintiff's Institutional File; Attachment 2, Cell Views from the Unit 400-A Pod Dayroom to the Cells in Unit 400-A Pod; Attachment 4, Unit 400 Control Room Monitor that Displays Live-Stream Facility Security Footage for Unit 400; Attachment 5, Unit 400 Control Room Window from Inside Unit 400-A Pod; Attachment 6, View from the Unit 400 Control Room Out to Unit 400-A Pod;

Attachment 8, Unit 400's Logbook; Attachment 9, Inmate Valencia's Institutional File; Attachment 10, Inmate Valencia's Offender Management System ("OMS") Records; Attachment 11, Inmate Wax's Institutional File; Attachment 12, Inmate Mariano's Institutional File; Attachment 13, Plaintiff's OMS Records; and Attachment 16, Investigation Report Form.

- Exhibit 2 – Criminal Records filed in Case No. D1333-CR-2015-00209, State of New Mexico v. Ruben Romero.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE