IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

v.                                                           No. 1:21-cv-00544-KG-KRS

CORE CIVIC INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

    Defendants.

## ORDER GRANTING EXTENSION OF PAGE LIMITS

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File Under Seal (the "Motion"), [Doc. 179], filed March 23, 2023. In the Motion, Plaintiff requests leave to file a 37-page response to Defendants Motion for Summary Judgment, [Doc. 168]. *Id*. The Court, having reviewed the Motion, noting it is unopposed, finds the Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED Plaintiff is granted leave to file his response in excess of twenty-four (24) pages up to a total of thirty-seven (37) pages.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via email 03/23/23*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*

-and-

YLAW, P.C.

*Approved via email 03/23/23*
Michael S. Jahner
*Attorneys for Defendant Garrick Peterson*
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com