IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

     Plaintiff,

v.

                               No. 1:21-cv-00544-KG-KRS

CORE CIVIC INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

     Defendants.

ORDER SEALING PLAINTIFF'S RESPONSE IN OPPOSITION TO
CORECIVIC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File Under Seal (the "Motion"), [Doc. 180], filed March 23, 2023. In the Motion, Plaintiff states several exhibits to his Response in Opposition to CoreCivic Defendants' Motion for Summary Judgment contain information designated as confidential by the parties, subject to protection under the confidentiality order. *Id*. Plaintiff further states this information is referenced throughout his response. *Id*. Plaintiff requests seeks leave to file his response and associated exhibits under seal pursuant to the confidentiality order in place. *Id*. The Court, having reviewed the Motion, noting it is unopposed, and recognizing the information contained in Plaintiff's response contains information designated by the defendants as confidential, finds the Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED Plaintiff's Response in Opposition to Defendant CoreCivic Defendants' Motion for Summary Judgment may be filed under sealed pursuant to the Amended Protective Agreement and Order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

IVES & FLORES, P.A.

*/s/ Alyssa D. Quijano*
Alyssa D. Quijano
Laura Schauer Ives
Adam C. Flores
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
alyssa.q@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
*Attorneys for Plaintiff*

-and-

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via email 03/23/23*
Kristina Rood
Jacob B. Lee
Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants CoreCivic, Inc.*

-and-

YLAW, P.C.

*Approved via email 03/23/23*
Michael S. Jahner
*Attorneys for Defendant Garrick Peterson*
4908 Alameda Blvd., NE

2

Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com