# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

    Plaintiff,

vs.

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

    Defendants.

No. 21-cv-00544-KG-DLM

## ORDER GRANTING CORECIVIC DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT ON REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Court, having considered CoreCivic Defendants' Unopposed Motion for Leave to Exceed Page Limit on Reply in Support of Motion for Summary Judgment, and for good cause shown,

**IT IS HEREBY ORDERED** that CoreCivic Defendants' Unopposed Motion is **GRANTED**. CoreCivic Defendants' Reply in Support of Motion for Summary Judgment shall not exceed 23 pages.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**