**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

RUBEN ROMERO,

      Plaintiff,

v.                                                                    No. 1:21-cv-0544 KG/DLM

CORECIVIC, INC.;
CORECIVIC OF TENNESEE, LLC;
ANA PADILLA; and GARRICK PETERSON,

      Defendants.

## <u>ORDER GRANTING MOTION FOR ORAL ARGUMENT</u>

**THIS MATTER** comes before the Court on Defendants' Request for Oral Argument on Plaintiff's Motion for Sanctions for Discovery Misconduct. (Doc. 164.) The Court will conduct a Zoom motion hearing on **September 8, 2023, at 9:00 a.m. MDT**, on the Plaintiff's pending Motion for Sanctions for Discovery Misconduct. (Doc. 144.)

**IT IS ORDERED** that **<u>all parties and their lead trial counsel</u>** shall appear via Zoom, on **<u>September 8, 2023, at 9:00 a.m. MDT</u>** to participate in a motion hearing. The Court will send out invitations for the Zoom proceedings approximately one week before the motion hearing.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE