**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUBEN ROMERO,

      Plaintiff,

v.                                          No. 1:21-cv-0544 KG/DLM

CORECIVIC, INC.;
CORECIVIC OF TENNESEE, LLC;
ANA PADILLA; and GARRICK PETERSON,

      Defendants.

**ORDER SETTING STATUS CONFERENCE**

      **THIS MATTER** comes before the Court sua sponte. The Court will conduct a telephonic status conference on **November 7, 2023, at 10:00 a.m. MDT**, to discuss setting a settlement conference. Counsel shall call Judge Martínez's teleconference line at **(877) 336-1831** and enter access code **2038522** to be connected to the conference.

      **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE