IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

        Plaintiff,

v.                                       Case No. 21-cv-0544 KG/DLM

CORE CIVIC, INC., CORE CIVIC OF
TENNESSEE, LLC, WARDEN
BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

        Defendants.

## ORDER

This matter comes before the Court on its own order, specifically, Memorandum Opinion and Order, (Doc. 207), entered September 28, 2023. That Order included the following: "The Parties are hereby ordered to meet and confer and submit to the Court proposed redactions no later than fourteen days after entry of this Order. At that time the Court will enter a redacted version not under seal or, if no redactions are submitted, will unseal this Order." The fourteenth day, excluding a federal holiday, was October 13, 2023. As of today, no proposed redactions have been submitted to this Court and no extensions have been requested. As a result, and consistent with its own Order of September 28, 2023, Doc. 207 will be unsealed.

    IT IS SO ORDERED

                                                                   
UNITED STATES DISTRICT JUDGE