**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RUBEN ROMERO,

      Plaintiff,

v.                                                                              No. 1:21-cv-0544 KG/DLM

CORECIVIC, INC.;
CORECIVIC OF TENNESEE, LLC;
ANA PADILLA; and GARRICK PETERSON,

      Defendants.

## ORDER

    **THIS MATTER** is before the Court following a status conference. (Doc. 210.) Pursuant to the Order setting a settlement conference in this matter (*see* Doc. 211), the Court gives notice that it will conduct ex parte telephone calls with counsel as follows:

    The Court will contact Alyssa Quijano, counsel for **Plaintiff, on Monday, March 4, 2024, at 9:30 a.m. MST** at the phone number stated during the status conference.

    The Court will contact Kristina Rood, counsel for **Defendant, on Monday, March 4, 2024, at 10:30 a.m. MST** at the phone number stated during the status conference.

    Should counsel want the Court to contact them at a different phone number, they should email chambers in advance.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE