**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RUBEN ROMERO,

      Plaintiff,

v.                                      No. 1:21-cv-0544 KG/DLM

CORECIVIC, INC.;
CORECIVIC OF TENNESEE, LLC;
ANA PADILLA; and GARRICK PETERSON,

      Defendants.

**ORDER**

      **THIS MATTER** is before the Court following a status conference held on November 7, 2023. (Doc. 210.) During the status conference, the Court informed counsel for Defendants that the individual Defendants—Ana Padilla and Garrick Peterson—do not have to attend the conference in person but must be available for the Court to contact them during the settlement conference. (*Id.*)

      Accordingly, the Court **will require Defendants Padilla and Peterson to be available via telephone on March 13, 2024, beginning at 10:00 a.m. MDT**.

      **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE