IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Damian L. Martinez
United States Magistrate Judge

**CLERK'S MINUTES RE: RULE 16 SETTLEMENT CONFERENCE**

*Ruben Romero v. CoreCivic, Inc., et al.,*
1:21-cv-0544 KG/DLM

---

**March 11, 2024**

**Attorney for Plaintiff:**           Alysaa D. Quijano

**Attorney for CoreCivic
and Ana Padilla**:                    Jacob B. Lee

**Attorney for Garrick
Peterson:**                           Michael S. Jahner

**RESULT OF SETTLEMENT DISCUSSIONS**:
- Case settled.

**TIME SPENT IN PRE-SETTLEMENT CONFERENCES:**
- 3 hours

**TIME SPENT IN SETTLMENT FACILITATION CALLS:**
- 4 hours

**Total time:** 7 hours

**NOTES**

- At the parties' request, the Court conducted a series of ex parte phone calls the week of March 4, 2024, to resolve the matter before the March 13, 2024 settlement conference.

- On March 11, 2024, the Court continued to communicate with the parties concerning settlement offers between the parties. The case settled.