IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

     Plaintiff,

v.                                            No. 1:21-cv-0544 KG/DLM

CORECIVIC, INC.;
CORECIVIC OF TENNESEE, LLC;
ANA PADILLA; and GARRICK PETERSON,

     Defendants.

## ORDER

**THIS MATTER** is before the Court sua sponte. From March 4 to March 11, 2024, the Court had a series of communications to try to resolve the matter before the March 13, 2024 settlement conference. On March 11, 2024, the parties settled this matter. (Doc. 218.)

**IT IS THEREFORE ORDERED** that the March 13, 2024 settlement conference is **VACATED**. (Doc. 211.)

**IT IS FURTHER ORDERED** that the parties shall file a joint motion to dismiss and submit a proposed order granting the motion to gonzalesproposedtext@nmd.uscourts.gov no later than **45 days after the entry of this Order**.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE