IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ROMERO,

        Plaintiff,

vs.

CORE CIVIC, INC.,
CORE CIVIC OF TENNESSEE, LLC.,
WARDEN BRIAN KOEHN, ANA PADILLA,
and GARRICK PETERSON,

        Defendants.

No. 21-cv-00544-KG-DLM

ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that the parties' Stipulation for Dismissal with Prejudice is GRANTED, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**
/s/ Kristina R. Rood
Daniel P. Struck, AZ Bar No. 012377
Timothy J. Bojanowski, AZ Bar No. 022126
Jacob B. Lee, NM Bar No. 154613
Kristina R. Rood, AZ Bar No. 035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
tbojanowski@strucklove.com
jlee@strucklove.com
krood@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Ana Padilla, and Garrick Peterson*

**APPROVED AS TO FORM:**

/s/ Alyssa D. Quijano (w/permission)
Adam C. Flores
Laura Schauer Ives
Alyssa D. Quijano
IVES & FLORES, PA
925 Luna Cir. NW
Albuquerque, NM 87102
adam@nmcivilrights.com
laura@nmcivilrights.com
alyssa.q@nmcivilrights.com

*Attorney for Plaintiff*

/s/ Michael S. Jahner
Michael S. Jahner
YLAW, P.C.
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
(505) 268-6694 (fax)
mjahner@ylawfirm.com

*Attorney for Defendant Peterson*